# United States District Court
# For The Western District of North Carolina
# Statesville Division

DAVID HILL and TONYA HILL,
Executors of the Estate of Ruby
Lowery Fitzwater,

       Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                       5:11CV164

SSC STATESVILLE MAPLE LEAF
OPERATING COMPANY, LLC, ET AL,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 1, 2012 Order.

                                Signed: February 1, 2012

                                Frank G. Johns, Clerk
                                United States District Court