# United States District Court
# For The Western District of North Carolina
# Statesville Division

DAVID HILL and TONYA HILL,
Executors of the Estate of Ruby
Lowery Fitzwater,

       Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                             5:11CV164

SSC STATESVILLE MAPLE LEAF
OPERATING COMPANY, LLC, ET AL,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 1, 2012 Order.

                                       Signed: February 1, 2012

                                       *[Signature: Frank G. Johns]*

                                       Frank G. Johns, Clerk
                                       United States District Court